**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

APRIL DAVIS                                                                                          PLAINTIFF

v.                                            NO. 3:15CV00155 JLH/JTR

POINSETT COUNTY JAIL                                                                      DEFENDANT

## ORDER

April Davis has filed his *pro se* § 1983 action alleging that unspecified individuals at the Poinsett County Jail violated her constitutional rights. On June 30, 2015, Davis was ordered to file an amended complaint within thirty days. Document #6. Davis did not receive a copy of that Order because she was released from custody without providing a forwarding address. Document #7. However, prior to her release, Davis received a copy of an Initial Order that explained the consequences of failing to comply with Orders and maintaining a current mailing address with the Clerk of the Court. Document #3.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 4th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE