**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

APRIL DAVIS                                                                                                    PLAINTIFF

v.                                      NO. 3:15CV00155 JLH/JTR

POINSETT COUNTY JAIL                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and it is certified that an *in forma* pauperis appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 4th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE